# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM HENRY, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 1:07 CV 00099 LMB** |
| | ) | |
| **MISSOURI DEPARTMENT OF** | ) | |
| **TRANSPORTATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The undersigned United States Magistrate Judge recuses himself in this matter.

The Clerk of the District Court is hereby directed to refer this case to another judge by random selection.

_Lewis M. Blanton_

LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE

Dated this __12th__ day of July, 2007.

- 1 -

Dockets.Justia.com