UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| WILLIAM HENRY, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:07 CV 00099 LMB |
| MISSOURI DEPARTMENT OF TRANSPORTATION, | ) | |
| Defendant. | ) | |

## ORDER

The undersigned United States Magistrate Judge recuses himself in this matter.

The Clerk of the District Court is hereby directed to refer this case to another judge by random selection.

_Lewis M. Blanton_
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE

Dated this  12th  day of July, 2007.