UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM HENRY, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:07CV99 RWS |
| MISSOURI HIGHWAYS AND TRANSPORTATION COMMISSION, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Because plaintiff has responded to defendant's first set of interrogatories and first request for production of documents and notified the court in writing [#19], the Order to Show Cause is deemed satisfied.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to compel [#17] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of August 2008.